JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVION MARQURSE WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES ROBERTSON,<br><br>    Respondent. | Case No. 2:20-cv-00086-FLA (AFM)<br><br>**JUDGMENT** |

    This matter came before the court on the Petition of Travion Marqurse Williams for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge, IT IS ORDERED AND ADJUDGED that the Petition is DENIED and the action is DISMISSED with prejudice.

Dated:  April 5, 2022

                                                                   FERNANDO L. AENLLE-ROCHA<br>                                                                   United States District Judge